*Judge Robertson*

Page 2

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
## SENTENCE BY A PERSON IN FEDERAL CUSTODY

**RECEIVED**

| United States District Court | District of Columbia |
|---|---|

**DEC 2 1 2005**

| Name (under which you were convicted): Lydell Ellerbe | Docket or Case No.: 00-352 |
|---|---|

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| Place of Confinement: Gilmer FCI | Prisoner No.: 24183-016 |
|---|---|

| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |
|---|---|
| U.S. District Court          v. | Lydell Ellerbe |

## MOTION

1. (a) Name and location of court that entered the jud
   District Court For The District Of C
   N.W. Washington D.C. 2001

   CASE NUMBER   1:05CV02499

   JUDGE: James Robertson

   DECK TYPE: Habeas Corpus/2255

   DATE STAMP: 12/30/2005

   (b) Criminal docket or case number (if you know): _____

2. (a) Date of the judgment of conviction (if you know): June 19, 2002

   (b) Date of sentencing: September 5, 2002

3. Length of sentence: 108 months

4. Nature of crime (all counts): Counts**(1,2)** 18:922(a)(1)(A) Shipping, Transporting or Receiving a Firearm Without a License; Counts **(3,5,6,7)** Unlawful Distribution of Hydromophone; Count**(4)** Use and Carry During and in Relation to and Possesss in Furtherance of a Drug Trafficking Offense

5. (a) What was your plea? (Check one)

   (1) Not guilty ☑        (2) Guilty ☐        (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____

6. If you went to trial, what kind of trial did you have? (Check one)     Jury ☑     Judge only ☐